No. 97. WALLACE *v.* FOSTER, SHERIFF. Supreme Court of Georgia. Certiorari denied. *Allen Lumpkin Henson* for petitioner. *Eugene Cook,* Attorney General of Georgia, *M. H. Blackshear, Jr.,* Deputy Assistant Attorney General, and *Edward E. Dorsey* for respondent.

No. 98. REPUBLIC STEEL CORP. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Luther Day* and *Thomas F. Patton* for petitioner. *Acting Solicitor General Raum, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for the United States.

No. 100. WATSON BROS. TRANSPORTATION Co., INC. *v.* CENTRAL STATES COOPERATIVES, INC. C. A. 7th Cir. Certiorari denied. *Julius L. Sherwin* and *Theodore R. Sherwin* for petitioner. *Thomas G. McBride* for respondent.

No. 101. SOUTH WESTERN RAILROAD Co. ET AL. *v.* BENTON ET AL. Supreme Court of Georgia. Certiorari denied. *Wallace Miller, A. R. Lawton, Walter A. Harris* and *T. M. Cunningham* for petitioners. *Charles J. Bloch* and *Ellsworth Hall, Jr.* for respondents.

No. 102. SULLIVAN *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Francis A. McGurk* for petitioner. *Burton C. Meighan* for respondent.

No. 103. CREAM-O PRODUCTS CORP. *v.* HOFFMAN, RECEIVER AND TRUSTEE. C. A. 2d Cir. Certiorari denied. *A. Walter Socolow* and *Joseph M. Cohen* for petitioner. *Max Schwartz* for respondent.